# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Dontae Mathis,

    Petitioner

v.

Warden HDSP, *et al.*,

    Respondents

Case No. 2:23-cv-00980-CDS-BNW

**Order Dismissing Petition and Closing Case**

On July 26, 2023, I directed Dontae Mathis to show cause why his *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 should not be dismissed as unexhausted and premature. ECF No. 5. That order was served on Mathis at his address of record. More than the allotted time has passed, and Mathis has not responded to the show-cause order or contacted the court in any way. I expressly advised Mathis that failure to respond within the time allowed or show good cause for an extension would result in dismissal without further notice.

It is therefore ordered that the petition **[ECF No. 6] is dismissed without prejudice**.

It is further ordered that a certificate of appealability will not issue, as jurists of reason would not debate the dismissal of this petition.

It is further ordered that petitioner's two motions for appointment of counsel **[ECF Nos. 3 and 4] are both denied as moot**.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

DATED: October 17, 2023

_____
UNITED STATES DISTRICT JUDGE